## STATEWIDE GRIEVANCE COMMITTEE *v.* EDAN F. CALABRESE
### (AC 19545)

Lavery, C. J., and Foti and Landau, Js.

Argued June 6—officially released June 27, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ROBERT HAYNES
### (AC 19138)

Schaller, Zarella and Peters, Js.

Argued June 6—officially released June 27, 2000

Per Curiam. The judgment is affirmed.

## DOMINIC DIBIASO, JR. *v.* MICHAEL L. SMETANO ET AL.
### (AC 19407)

Foti, Zarella and Healey, Js.

Argued June 8—officially released July 11, 2000

Per Curiam. The judgment is affirmed.